In the Matter of CARDER REALTY CORPORATION, Appellant, against FRANCES PERKINS, Industrial Commissioner of the State of New York, Respondent.

(Submitted April 17, 1933; decided April 25, 1933.)

Motion to amend remittitur granted. Return of remittitur requested and when returned it will be amended to read as follows: " Order affirmed, with costs. This affirmance is without prejudice to any application by petitioner to the Industrial Commissioner for a new determination upon proof of a change in the prevailing

rate of wages for bricklayers in the Town of Poughkeepsie from the rate of $13.20 per day determined in said order to be the prevailing rate of wages of bricklayers." (See 261 N. Y. 634.)